UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 14-29773 |
|---|---|
| Lisa Lee Beyer, | Chapter 13 |
| Debtor. | Honorable A. Benjamin Goldgar |

**NOTICE OF MOTION**

TO:    See attached Service List

On September 19, 2017, at 9:30 AM, I shall appear before Bankruptcy Judge A. Benjamin Goldgar, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 642, Chicago, IL 60604, or in his absence, before such other Bankruptcy Judge as may be presiding in his place and stead, and shall then and there present the attached Motion to Extend Time filed by JPMorgan Chase Bank, National Association, at which time and place you may appear if you so see fit.

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. DOYLE (#6320552)
ZHIQI WU (#6324870)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

STATE OF ILLINOIS
COUNTY OF MACON

I, Amanda J. Doyle, an attorney, being first duly sworn upon oath, depose and state I have served the above and foregoing Notice, together with all required papers, upon the above-named parties, as to the Trustee and Debtor's attorneys via electronic notice on September 8, 2017, and as to the Debtor and Co-Debtor by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Decatur, Illinois 62523 this 8th day of September, 2017.

/s/ Amanda J. Doyle
Amanda J. Doyle

## SERVICE LIST

**Service by Mail:**

Lisa Lee Beyer
14923 S Leclaire
Oak Forest, IL 60452

Charles Beyer
14923 S Leclaire
Oak Forest, IL 60452

**Service by Electronic Notice through ECF:**

Christopher M Dyer
55 E Monroe Street Suite 3400
Chicago, IL 60603

Jon K Clasing
55 E Monroe Street Suite 3400
Chicago, IL 60603

Marilyn O. Marshall
224 S. Michigan Suite 800
Chicago, IL 60604

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Suite 873
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 14-29773 |
|---|---|
| Lisa Lee Beyer, | Chapter 13 |
| Debtor. | Honorable A. Benjamin Goldgar |

## MOTION TO EXTEND TIME TO RESPOND TO NOTICE OF FINAL CURE PAYMENT

NOW COMES, JPMorgan Chase Bank, National Association, (hereinafter "Movant"), by and through its attorneys, Heavner, Beyers & Mihlar, LLC, states as follows:

1. On August 13, 2014, the Debtor filed a Chapter 13 bankruptcy.

2. On August 21, 2017, the Trustee filed a Notice of Final Cure Payment, (hereinafter "Notice").

3. The deadline to respond to the Notice is September 11, 2017.

4. Movant requests an additional Twenty One (21) days to file its response to the Notice.

WHEREFORE, JPMorgan Chase Bank, National Association respectfully request and prays that the Court enter its Order granting Movant through and including October 2, 2017, to the Trustee's Notice of Final Cure Payment and pray for such additional relief as the Court deems appropriate.

JPMorgan Chase Bank, National Association,

By:  /s/ Amanda J. Doyle
Amanda J. Doyle
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. DOYLE (#6320552)
ZHIQI WU (#6324870)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Telephone: (217) 422-1719
Facsimile: (217) 422-1754